UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                        :        CHAPTER 7
                                              :
DAVID DUNSMORE ANDERSON                       :        CASE NO. 23-51317-pwb
                                              :
        Debtor                                :
_____ :

STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

The Debtor submits pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1.   Debtor:    David Dunsmore Anderson

2.   Employer:  The Stratford, LLC

3.   Dates of Pay Advices: 12/9/22, 12/23/22, 1/6/23, 1/20/23, 2/3/23

Pay Advices are not attached for the sixty (60) days immediately preceding the filing of Petition because:
___   The Debtor was not employed.
___   Debtor's source of income was from Social Security and/or unemployment
___   Debtor was self-employed.


 /s/ G. Frank Nason, IV              02/22/23            [signature]                      02/22/23
Signature of Attorney                Date        Signature of Debtor                      Date


 G. Frank Nason, IV, Georgia Bar No. 535160      _____
Name of Attorney                                 Signature of Joint Debtor (if any)       Date

| The Stratford LLC | Tandem Bank | 64-2145 | CHECK NO. |
|---|---|---|---|
| 17 N Avondale Plaza | Avondale Estates, GA | 611 | 050692 |
| Avondale Estates, GA 30002 | | DATE | AMOUNT |
| | | 12/09/2022 | ****$1,659.38 |

PAY  COPY ******** COPY ******** COPY

TO THE ORDER OF
David Anderson
2509 Lawrenceville HWy
Unit 02
Decatur, GA 30033

*****VOID*****

## DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| 10143 EMP. NO. | 100 DEPT. | Anderson, David EMPLOYEE NAME | | | 11/19/2022 PERIOD BEG. | 12/02/2022 PERIOD END | 050692 CHECK NUMBER | 12/09/2022 CHECK DATE |
|---|---|---|---|---|---|---|---|---|
| Earnings | | Hrs./Units | Current Amount | Year To Date | Deductions | | Current Amount | Year To Date |
| Regular | | .000 | 2000.00 | 16480.14 | Fed Withhold | | 95.40 | 640.62 |
| Overtime | | .000 | .00 | 1030.50 | Soc Security | | 124.00 | 1085.66 |
| | | | | | Medicare | | 29.00 | 253.90 |
| | | | | | GA State W/H | | 92.22 | 756.71 |

2509 Lawrenceville HWy Unit 02
Decatur, GA 30033

Federal Marital Status:    Single/Married File Sep

GA State Marital Status:   Single
GA State Exemptions:       0

Company Name:     The Stratford LLC
Company Address:  17 N Avondale Plaza, Avondale Estates, GA 30002, , Tel: 404-401-1233

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 2000.00 | 340.62 | 1659.38 | 17510.64 | 2736.89 | 14773.75 |

**The Stratford LLC**
17 N Avondale Plaza
Avondale Estates, GA 30002

Tandem Bank
Avondale Estates, GA

64-2145
611

CHECK NO.
050717

DATE: 12/23/2022
AMOUNT: ****$1,559.38

PAY: COPY ******** COPY ******** COPY

TO THE ORDER OF:
David Anderson
2509 Lawrenceville HWy
Unit 02
Decatur, GA 30033

*****VOID*****

## DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| EMP. NO. | DEPT. | EMPLOYEE NAME | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|
| 10143 | 100 | Anderson, David | | 12/03/2022 | 12/16/2022 | 050717 | 12/23/2022 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 2000.00 | 18480.14 | Fed Withhold | 95.40 | 736.02 |
| Overtime | .000 | .00 | 1030.50 | Soc Security | 124.00 | 1209.66 |
| | | | | Medicare | 29.00 | 282.90 |
| | | | | GA State W/H | 92.22 | 848.93 |
| | | | | Advances | 100.00 | 100.00 |

2509 Lawrenceville HWy Unit 02
Decatur, GA 30033

Federal Marital Status:  Single/Married File Sep

GA State Marital Status:  Single
GA State Exemptions:  0

Company Name:  The Stratford LLC
Company Address:  17 N Avondale Plaza, Avondale Estates, GA 30002, Tel: 404-401-1233

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 2000.00 | 440.62 | 1559.38 | 19510.64 | 3177.51 | 16333.13 |

| | | | |
|---|---|---|---|
| The Stratford LLC<br>17 N Avondale Plaza<br>Avondale Estates, GA 30002 | Tandem Bank<br>Avondale Estates, GA | 64-2145<br>———<br>611 | CHECK NO.<br>050739 |
| | | DATE<br>01/06/2023 | AMOUNT<br>****$1,664.09 |

PAY   COPY ******** COPY ******** COPY

TO THE ORDER OF:
David Anderson
2509 Lawrenceville HWy
Unit 02
Decatur, GA 30033

*****VOID*****

## DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services    R

| 10143<br>EMP. NO. | 100<br>DEPT. | Anderson, David<br>EMPLOYEE NAME | 12/17/2022<br>PERIOD BEG. | 12/30/2022<br>PERIOD END | 050739<br>CHECK NUMBER | 01/06/2023<br>CHECK DATE |
|---|---|---|---|---|---|---|
| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
| Regular | .000 | 2000.00 | 2000.00 | Fed Withhold | 90.69 | 90.69 |
| | | | | Soc Security | 124.00 | 124.00 |
| | | | | Medicare | 29.00 | 29.00 |
| | | | | GA State W/H | 92.22 | 92.22 |

2509 Lawrenceville HWy Unit 02
Decatur, GA 30033

Federal Marital Status:     Single/Married File Sep

GA State Marital Status:    Single
GA State Exemptions:        0

Company Name:    The Stratford LLC
Company Address: 17 N Avondale Plaza, Avondale Estates, GA 30002, , Tel: 404-401-1233

| PAY RATE | CURRENT EARNINGS<br>2000.00 | CURRENT DEDUCTIONS<br>335.91 | NET PAY<br>1664.09 | Y.T.D. EARNINGS<br>2000.00 | Y.T.D. DEDUCTIONS<br>335.91 | Y.T.D. NET PAY<br>1664.09 |

The Stratford LLC
17 N Avondale Plaza
Avondale Estates, GA 30002

Tandem Bank
Avondale Estates, GA

64-2145 / 611

CHECK NO. 050760

DATE 01/20/2023

AMOUNT ****$1,664.09

PAY: COPY ******** COPY ******** COPY

TO THE ORDER OF:
David Anderson
2509 Lawrenceville HWy
Unit 02
Decatur, GA 30033

*****VOID*****

## DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services    R

| EMP. NO. | DEPT. | EMPLOYEE NAME | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|
| 10143 | 100 | Anderson, David | | 12/31/2022 | 01/13/2023 | 050760 | 01/20/2023 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 2000.00 | 4000.00 | Fed Withhold | 90.69 | 181.38 |
| | | | | Soc Security | 124.00 | 248.00 |
| | | | | Medicare | 29.00 | 58.00 |
| | | | | GA State W/H | 92.22 | 184.44 |

2509 Lawrenceville HWy Unit 02
Decatur, GA 30033

Federal Marital Status:     Single/Married File Sep

GA State Marital Status:    Single
GA State Exemptions:        0

Company Name:      The Stratford LLC
Company Address:   17 N Avondale Plaza, Avondale Estates, GA 30002,  Tel: 404-401-1233

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 2000.00 | 335.91 | 1664.09 | 4000.00 | 671.82 | 3328.18 |

```
The Stratford LLC                 Tandem Bank              64-2145          CHECK NO.
17 N Avondale Plaza               Avondale Estates, GA       611            050784
Avondale Estates, GA 30002
                                                          DATE              AMOUNT
                                                          02/03/2023        ****$1,664.09

PAY  COPY ******** COPY ******** COPY

        David  Anderson
TO THE  2509 Lawrenceville HWy
ORDER
OF      Unit 02
        Decatur, GA 30033                                      *****VOID*****
```

## DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| 10143 EMP. NO. | 100 DEPT. | Anderson, David EMPLOYEE NAME | | 01/14/2023 PERIOD BEG. | 01/27/2023 PERIOD END | 050784 CHECK NUMBER | 02/03/2023 CHECK DATE |
|---|---|---|---|---|---|---|---|
| Earnings | | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
| Regular | | .000 | 2000.00 | 6000.00 | Fed Withhold | 90.69 | 272.07 |
| | | | | | Soc Security | 124.00 | 372.00 |
| | | | | | Medicare | 29.00 | 87.00 |
| | | | | | GA State W/H | 92.22 | 276.66 |

2509 Lawrenceville HWy Unit 02
Decatur, GA 30033

Federal Marital Status:    Single/Married File Sep

GA State Marital Status:   Single
GA State Exemptions:       0

Company Name:     The Stratford LLC
Company Address:  17 N Avondale Plaza, Avondale Estates, GA 30002, , Tel: 404-401-1233

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 2000.00 | 335.91 | 1664.09 | 6000.00 | 1007.73 | 4992.27 |